In the Matter of SEAN M., Respondent, v KATRINA M.E., Respondent. In the Matter of KATRINA M.E., Respondent, v SEAN M., Respondent. CHARLES PLOVANICH, ESQ., Law Guardian, Appellant. [853 NYS2d 518]—

Present—Smith, J.P., Centra, Fahey, Peradotto and Green, JJ.